IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. JENKINS, | No. C 11-6252 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| GOVERNOR OF CALIFORNIA; CALIFORNIA STATE LEGISLATURE, | (Docket No. 2) |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se incarcerated in Norco, California, filed this civil rights action pursuant to 42 U.S.C. 1983. He sues the Governor of California and the California State Legislature for passing various laws affecting prisoners. These defendants are located in Sacramento, California, which lies within the venue of the United States District Court for the Eastern District of California. Venue is preferable in the Eastern District because that is where the acts complained of are alleged to have occurred, and also where the defendants are located. *See* 28 U.S.C. 1391, 1404. Accordingly, in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a). Ruling on plaintiff's IFP application will be deferred to the Eastern District.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: December   20  , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\JENKINS6252.TRN.wpd