IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND JENKINS,

      Plaintiff,                        No. CIV S-11-3398 GGH P

   vs.

GOVERNOR OF CALIFORNIA, et al.,

      Defendants.                ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

/////

/////

1

failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: January 3, 2012

                                /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH:mp
jenk3398.3c.new