IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND JENKINS,

    Plaintiff,                  No. CIV S-11-3398 GGH P

    vs.

GOVERNOR OF CALIFORNIA, et al.,    ORDER &

    Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis seeks relief pursuant to 42 U.S.C. § 1983. On January 3, 2012, plaintiff was provided 30 days to file a completed application to proceed in forma pauperis or else it would be recommended that this case be dismissed. That time period has now expired, and plaintiff has not filed a completed in forma pauperis application or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that a district judge be assigned to this case.

        IT IS HEREBY RECOMMENDED that this action be dismissed. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen

1

1   days after being served with these findings and recommendations, any party may file written
2   objections with the court and serve a copy on all parties.  Such a document should be captioned
3   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
4   shall be served and filed within fourteen days after service of the objections.  The parties are
5   advised that failure to file objections within the specified time may waive the right to appeal the
6   District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

7   DATED: March 6, 2012

                                             /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE

10  GGH:AB
    jenk3398.fta